NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPLICIT, LLC,**

*Plaintiff-Appellant*

**v.**

**THE HOME DEPOT, INC., HOME DEPOT SOLUTIONS, LLC, HOME DEPOT STORE SUPPORT, INC.,**

*Defendants*

**HOME DEPOT U.S.A., INC., HOME DEPOT PRODUCT AUTHORITY, LLC,**

*Defendants-Appellees*

---

2023-2118

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:22-cv-02476-VMC, Judge Victoria M. Calvert.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                     IMPLICIT, LLC v. THE HOME DEPOT, INC.


    (2)  Each side shall bear their own costs.



                                        FOR THE COURT

August 28, 2023                         /s/ Jarrett B. Perlow
       Date                             Jarrett B. Perlow
                                        Clerk of Court



**ISSUED AS A MANDATE:** August 28, 2023